IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TIMOTHY T. HELGET, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Helget's disposition hearing is set on Monday, November 21, 2005, at 12:00 noon, before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

November 10, 2005.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge