IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TIMOTHY HELGET, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of Court shall file the U.S. Medical Center for Federal Prisoners' forensic mental health evaluation on Defendant Helget under seal. A copy of said evaluation shall be provided to counsel of record and United States Probation Officer John Hill.

November 17, 2005.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge