```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3110 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY T. HELGET, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has proposed that he be released on conditions, including that he reside at a halfway house operated by Summit Care and Wellness, LLC. I earlier determined that detention was necessary to protect the safety of the community from the defendant's behavior. I found that his "very violent and disordered past" precluded his release. The defendant's proposal does not address those concerns.

IT THEREFORE HEREBY IS ORDERED, the motion, filing 61, is denied.

DATED this 19th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge