IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TIMOTHY HELGET, | ) | |
| | ) | |
| Defendant. | ) | |

A status conference was held today with counsel.

IT IS ORDERED that a status conference call with Assistant USA Dave Stempson, Assistant FPD Mike Hansen, and USPO Craig Ford is scheduled on Wednesday, November 8, 2006, at 1:00 p.m. The undersigned's judicial assistant will coordinate the call.

September 6, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge