IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>                        Plaintiff,         )<br>                                                            )<br>v.                                                        )     Case No.  4:99CR3110<br>                                                            )<br>TIMOTHY HELGET,                         )<br>                                                            )<br>                        Defendant.      ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Motion To Review Detention, filing 65.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, Mr. Helget shall be released from Marshal's custody on Friday, November 3, 2006.  He is, thereafter, to participate in the in-patient treatment program at NOVA in Omaha, NE.  Mr. Helget is further ordered to comply with all rules and policies of NOVA.  Upon an unsuccessful discharge from said program Mr. Helget shall report immediately to the United States Marshals office.  Upon successful completion of said program Mr. Helget shall immediately report to the United States Probation Office.  All other conditions of Mr. Helget's supervised release shall remain in full force and effect.

November 2, 2006.                                  BY THE COURT:

                                                                                                 s/ *Richard G. Kopf*
                                                                                                 United States District Judge