IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TIMOTHY T. HELGET, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel,

IT IS ORDERED that a dispositional hearing has been set before the undersigned United States district judge on Tuesday, February 6, 2007, at 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

November 8, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge