IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:99CR3110 |
| ) | |
| TIMOTHY T. HELGET, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the February 6, 2007, disposition hearing in this case until a date and time certain for not less than 30 days. Filing 69. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until Tuesday, March 13, 2007, at 1:00 p.m. The defendant is ordered to appear at such time.

February 1, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge