IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                            )<br>                    Plaintiff,      )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>TIMOTHY HELGET,                          )<br>                                                            )<br>                    Defendant.   ) | Case No.  4:99CR3110 |

**<u>ORDER</u>**

THIS MATTER comes before the Court on Defendant's motion to continue the March 13, 2007, disposition hearing in this case.  Filing 71.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until Thursday, March 22, 2007, at 1:00 p. m.  The defendant is ordered to appear at such time.

March 12, 2007.                                         BY THE COURT:

                                                                    s/ *Richard G. Kopf*
                                                                    United States District Judge