IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:99CR3110 |
| ) | |
| TIMOTHY T. HELGET, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER comes before the Court on defendant's unopposed motion to continue the March 22, 2007, disposition hearing in this case until a date and time certain for not less than 60 days.  Filing 73.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 23rd day of May, 2007, at 1:00 p.m.  The defendant is ordered to appear at such time.

March 21, 2007.                                         BY THE COURT:

                                                                s/ *Richard G. Kopf*
                                                                United States District Judge